**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**AGAPITO NAVOR, JR.,**

**Petitioner,**

**v.**

**TIMOTHY O'DELL,**

**Respondent.**

**Civil No. 00-2585 MJD/SRN**

**ORDER GRANTING RESPONDENT'S MOTION TO EXTEND TIME TO ANSWER PETITION FOR WRIT OF HABEAS**

The Court having reviewed the Respondent's Motion to Extend Time to File Answer to Petition for Writ of Habeas Corpus (Docket 6) and the Affidavit of Bryan C. Yee attached hereto (Docket 7) and good cause appearing therefore;

IT IS HEREBY ORDERED that Respondent Timothy O'Dell's motion to extend time is **GRANTED** and that Respondent's response to Petitioner Writ of Habeas Corpus and Subjiciendum shall be filed by April 16, 2001.

Dated: March 14, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED MAR 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK