UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| AGAPITO NAVOR, JR., Petitioner, v. TIMOTHY O'DELL, Warden, Respondent. | Civil No. 00-2585 (MJD/SRN) ORDER GRANTING RESPONDENT'S SECOND EX-PARTE MOTION TO EXTEND TIME TO ANSWER PETITION FOR WRIT OF HABEAS |

ORDER GRANTING RESPONDENT'S SECOND EX-PARTE MOTION TO EXTEND TIME TO ANSWER PETITION FOR WRIT OF HABEAS

The Court, having reviewed the Respondent's Second Ex Parte Motion To Extend Time To File Answer to Petition for Writ of Habeas Corpus, filed herein on May 14, 2001, and the Affidavit of Bryan C. Yee attached thereto, and good cause appearing therefor;

IT IS HEREBY ORDERED that Respondent Timothy O'Dell's ex parte motion to extend time is GRANTED and that the Respondent's response to Petitioner Writ of Habeas Corpus and Subjiciendum shall be filed by June 16, 2001. No further extensions will be granted.

Dated at May 14, 2001.

Susan Richard Nelson
THE HONORABLE SUSAN RICHARD NELSON
United States Magistrate Judge

FILED MAY 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____